EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00523 HG |
| Plaintiff, | ) | |
| | ) | SECOND SUPERSEDING |
| vs. | ) | INDICTMENT |
| | ) | |
| LESLIE GENTRY, (01) | ) | [21 U.S.C. §§ 846, 841(a), |
| RODERICK HUNTER, (05) | ) | 841(b)(1)(A); 841(b)(1)(B), |
| PHILLIP DUNN, (06) | ) | 841(b)(1)(C); 26 U.S.C. |
| a.k.a. "Showboat," | ) | § 5861(d), 5861(h); |
| ERIC HUERTA, (07) | ) | 18 U.S.C. § 2] |
| ROBERT GRIFFIN, (08) | ) | |
| STACY HUNTER, (09) | ) | |
| | ) | |
| Defendants. | ) | |

SECOND SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but at least by on or about October 2001, to and including December 4, 2002, in the District

of Hawaii and elsewhere, the defendants, LESLIE GENTRY, RODERICK HUNTER, PHILLIP DUNN, a.k.a. "Showboat," ERIC HUERTA, ROBERT GRIFFIN, and STACY HUNTER, did conspire together and with Arthur Lee, Jr., James Bohol, a.k.a. "Special K," Dalon Deon Lee, not charged as defendants herein, and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 50 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," and cocaine, all Schedule II controlled substances, and did knowingly and intentionally aid and abet the conspiracy to distribute and to possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 50 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," and cocaine, all Schedule II controlled substances.

## WAYS AND MEANS OF CONSPIRACY

1. LESLIE GENTRY, located in Arizona, accepts orders for methamphetamine and cocaine from D.U. and A.P., not charged as defendants herein, for delivery to Hawaii.

2. LESLIE GENTRY relays the orders for methamphetamine and cocaine to ERIC HUERTA and ROBERT GRIFFIN, located in California.

3. ERIC HUERTA and ROBERT GRIFFIN ship, via air courier services, distribution quantities of methamphetamine and cocaine to D.U. and A.P., both located in Hawaii and not charged as defendants herein.

4. D.U. and A.P. confirm anticipated and completed deliveries of cocaine and methamphetamine with LESLIE GENTRY via telephone.

5. D.U. redistributes methamphetamine and cocaine to sub-distributors.

6. D.U. pays ROBERT GRIFFIN and ERIC HUERTA for the methamphetamine and cocaine by sending cash via couriers who carry the cash to California, by wire transfers, and by paying ROBERT GRIFFIN directly when ROBERT GRIFFIN travels to Hawaii.

7. A.P. informs Arthur Lee, Jr. and James Bohol, a.k.a. "Special K," of his receipt of LESLIE GENTRY'S cocaine and methamphetamine via telephones.

8. A.P. redistributes methamphetamine and cocaine to sub-distributors, including Arthur Lee, Jr. and James Bohol, a.k.a. "Special K."

9. Arthur Lee, Jr. and A.P. arrange a time and place for delivery.

10. James Bohol, a.k.a. "Special K," and A.P. arrange a time and place for delivery.

11. A.P. and M.M., a "runner" for A.P., not charged as defendants herein, deliver methamphetamine and cocaine to Arthur Lee, Jr. and/or to James Bohol, a.k.a. "Special K."

12. Arthur Lee, Jr. distributes LESLIE GENTRY's methamphetamine and cocaine to his "runner," Dalon Deon Lee.

13. Dalon Deon Lee distributes Arthur Lee, Jr.'s methamphetamine and cocaine to RODERICK HUNTER.

14. STACY HUNTER receives cocaine from RODERICK HUNTER and "cooks" the cocaine, transforming the cocaine into cocaine base.

15. RODERICK HUNTER distributes methamphetamine, cocaine, and cocaine base to PHILLIP DUNN, a.k.a. "Showboat," and to others known and unknown.

16. PHILLIP DUNN, a.k.a. "Showboat," distributes methamphetamine, cocaine and cocaine base to other persons.

17. STACY HUNTER distributes cocaine base to other persons.

18. The defendants use cellular and land line telephones, pagers, voice mail messaging systems, and electronic mail to communicate.

## OVERT ACTS

1. On December 12, 2001, LESLIE GENTRY sent ERIC HUERTA $5,000 via Western Union Wire Transfer to pay for methamphetamine and cocaine.

2. On April 11, 2002, ROBERT GRIFFIN flew from Los Angeles, California to Honolulu, Hawaii.

3. On April 13, 2002, ROBERT GRIFFIN flew from Honolulu, Hawaii to Los Angeles, California.

4. On April 23, 2002, STACY HUNTER distributed cocaine base to another.

5. On April 26, 2002, ROBERT GRIFFIN flew from Los Angeles, California to Honolulu, Hawaii.

6. On May 21, 2002, D.U. sent ERIC HUERTA $4,000 via American Savings Bank Wire Transfer in payment for distribution quantities of methamphetamine and cocaine.

7. On May 28, 2002, ROBERT GRIFFIN flew from Los Angeles, California to Honolulu, Hawaii.

8. On May 30, 2002, ROBERT GRIFFIN flew from Honolulu, Hawaii to Los Angeles, California.

9. On June 15, 2002, ROBERT GRIFFIN flew from Los Angeles, California to Honolulu, Hawaii.

10. On July 10, 2002, STACY HUNTER distributed cocaine base to another.

11. On July 15, 2002, D.U. placed $54,000 cash in his car, to be delivered to ROBERT GRIFFIN as payment for distribution quantities of methamphetamine and cocaine.

12. On October 12, 2002, Arthur Lee, Jr. and Dalon Deon Lee met outside Dalon Deon Lee'S residence located in Honolulu, Hawaii.

13. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," telephoned RODERICK HUNTER and ordered drugs, using coded language.

14. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," drove to RODERICK HUNTER'S residence.

15. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," possessed approximately two ounces of cocaine base, a.k.a. "crack" cocaine, five grams of cocaine, and seven grams of methamphetamine.

16. On November 15, 2002, Arthur Lee, Jr. telephoned A.P. and inquired as to the status of an anticipated drug delivery.

17. On November 17, 2002, Arthur Lee, Jr. telephoned LESLIE GENTRY and inquired as to the status of an anticipated drug delivery.

18. On November 18, 2002, LESLIE GENTRY telephoned Arthur Lee, Jr. and asked as to whether Arthur Lee, Jr. had received drugs from A.P. yet.

19. On November 18, 2002, Arthur Lee, Jr. met with A.P. in the parking lot of Checkers Auto Parts in Kaneohe, Hawaii.

20. On November 19, 2002, LESLIE GENTRY telephoned Arthur Lee, Jr. and discuss the manner in which drugs were being shipped, and accepted a further order for drugs from Arthur Lee, Jr.

21. On November 29, 2002, LESLIE GENTRY provided the telephone number of James Bohol, a.k.a. "Special K" to A.P.

22. On December 1, 2002, Arthur Lee, Jr. telephoned A.P. and ordered drugs, to be delivered the following day.

23. On or about December 2, 2002, James Bohol, a.k.a. "Special K," threatened, via voice mail, to hurt M.M. if M.M. did not deliver drugs as promised.

24. On December 3, 2002, Arthur Lee, Jr. possessed approximately 307 grams of cocaine.

25. On December 3, 2002, Arthur Lee, Jr. possessed approximately 30 grams of methamphetamine.

26. On December 3, 2002, Dalon Deon Lee possessed approximately nine ounces of methamphetamine.

27. On December 3, 2002, Dalon Deon Lee possessed approximately one ounce of cocaine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

The Grand Jury further charges:

From on or about November 17, 2002, to and including November 29, 2002, LESLIE GENTRY knowingly and intentionally aided and abetted in the distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, into the District of Hawaii.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges:

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and intentionally possessed with the intent to distribute, five grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

## COUNT 4

The Grand Jury further charges:

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and intentionally possessed with the intent to distribute, a quantity of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and intentionally possessed with the intent to distribute, five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(B).

## COUNT 6

The Grand Jury further charges:

On or about April 23, 2002, in the District of Hawaii, STACY HUNTER, knowingly and intentionally distributed approximately 1.129 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and

geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

COUNT 7

The Grand Jury further charges:

On or about July 10, 2002, in the District of Hawaii, STACY HUNTER, knowingly and intentionally distributed approximately 1.765 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

DATED: July ____, 2003, at Honolulu, Hawaii.
JUL 24 2003

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____          _____
FLORENCE T. NAKAKUNI                 LORETTA SHEEHAN
Chief, Narcotics Section             Assistant U.S. Attorney

UNITED STATES vs. LESLIE GENTRY, ET AL.
Cr. No. 02-00523 HG
"Second Superseding Indictment"