

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-00523-07 HG |
| Plaintiff, | UNITED STATES' EX PARTE MOTION FOR PERMISSION TO RELEASE PRESENTENCE INVESTIGATION REPORT |
| vs. | |
| ERIC HUERTA,   (07) | |
| Defendant. | |

UNITED STATES' EX PARTE MOTION FOR PERMISSION
TO RELEASE PRESENTENCE INVESTIGATION REPORT

The United States of America, through Assistant U.S. Attorney Loretta Sheehan, seeks permission to release a copy of the presentence investigation report of Defendant Eric Huerta to attorney Birney Bervar as Mr. Bervar is attempting to determine whether Defendant Huerta is eligible for relief under 18 U.S.C. § 3582(c)(2) due to Amendments 706 and 711 to the United States

Sentencing Guidelines (U.S.S.G.). Mr. Bervar was local counsel for Defendant Huerta during the pendency of Cr. No. 02-00523-07 HG. Mr. Bervar has represented to the United States that he currently represents Defendant Huerta and, as such, needs to examine the Presentence Investigation Report.

This motion is made pursuant to Federal Rule of Criminal Procedure 47.

DATED: May 6, 2008, at Honolulu, Hawaii.

> EDWARD H. KUBO, JR.
> United States Attorney
> District of Hawaii
>
> By /s/ Loretta Sheehan
>    LORETTA SHEEHAN
>    Assistant U.S. Attorney
>
> Attorneys for Plaintiff
> UNITED STATES OF AMERICA