# MINUTES

CASE NUMBER:        CR NO. 02-00523

CASE NAME:          United States of America Vs. (07) Eric Huerta

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor          REPORTER:

DATE:    08/08/2008             TIME:

---

COURT ACTION:      "MINUTE ORDER"

    Status Conference set for September 5, 2008 @2:00 p.m. Both Parties shall present their position with respect to the Crack Cocaine Retroactivity Issue under 18 U.S.C. §3582(c)(2) at the Status Conference.


Submitted by Leslie L. Sai, Courtroom Manager